IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIT BARBECUE, LLC, | * |
| Plaintiff, | * |
| v. | *   Civil Action No.<br>*   10-cv-1117 RLW |
| WILLIAMS-SONOMA STORES, INC. | * |
| WILLIAMS-SONOMA, INC. | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, through counsel, and stipulate pursuant to Fed. R. Civ. P. Rule 41(a)(1) that this action is DISMISSED WITH PREJUDICE.

Dated: August 9, 2011.

                                                  Respectfully submitted,

                                                  KILPATRICK TOWNSEND & STOCKTON LLP

                                                  */s/ James G. Gilliland, Jr.*
                                                  James G. Gilliland, Jr. (DC Bar No. 322370)
                                                  KILPATRICK TOWNSEND & STOCKTON LLP
                                                  Two Embarcadero Center, 8th Floor
                                                  San Francisco, CA  94111
                                                  Telephone:  (415) 576-0200
                                                  Facsimile:  (415) 576-0300
                                                  Email:  jgilliland@kilpatricktownsend.com
                                                  Attorneys for Defendants
                                                  WILLIAMS-SONOMA STORES, INC. and
                                                  WILLIAMS-SONOMA, INC.

   */s/ Daniel M. Press*
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA  22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

Attorneys for Plaintiff
BIT BARBECUE, LLC